[No. 49367-1-I. Division One. September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RODERICK EARL LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-11062-2, Joan E. DuBuque, J., entered October 1, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49374-4-I. Division One. September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LUKE FILIAULT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09081-8, LeRoy McCullough, J., entered October 5, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49379-5-I. Division One. September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY C. PARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01484-1, Anita L. Farris, J., entered October 5, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49395-7-I. Division One. September 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TUAN ANH NGUYEN, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 01-1-05549-2, Carol A. Schapira, Ronald Kessler, and Michael S. Spearman, JJ., entered October 19, 2001. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.